UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| NICOLO EVOLA LOGIUDICE, JR. | CIVIL ACTION |
| VERSUS | NO. 10-3213 |
| NELSON COLEMAN CORRECTIONAL CENTER, ET AL. | SECTION: "N"(3) |

**ORDER**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation filed by the plaintiff on October 12, 2010 (Rec. Doc. No. 5), hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's claims against the Nelson Coleman Correctional Center, the Elayn Hunt Correctional Center, and the Allen Correctional Center are **DISMISSED WITH PREJUDICE** as frivolous and for otherwise failing to state a claim on which relief may be granted.

New Orleans, Louisiana, this 15th day of October, 2010.

_____
UNITED STATES DISTRICT JUDGE

