UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| NICOLO EVOLA LOGIUDICE, JR. | CIVIL ACTION |
| VERSUS | NO. 10-3213 |
| NELSON COLEMAN CORRECTIONAL CENTER, ET AL. | SECTION: "N"(3) |

**O R D E R**

Plaintiff has filed a motion an extension of time in which to file an amended complaint. Rec. Doc. 18. That motion is **GRANTED**.

Accordingly,

**IT IS ORDERED** that plaintiff file his amended complaint on or before **August 5, 2011**.

New Orleans, Louisiana, this seventh day of July, 2011.

**DANIEL E. KNOWLES, III**
**UNITED STATES MAGISTRATE JUDGE**