UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **NICOLO EVOLA LOGIUDICE, JR.** | : | **CIVIL ACTION NO. 10-3213** |
| **VERSUS** | : | **JUDGE ENGELHARDT** |
| **NELSON COLEMAN CORRECTIONAL CENTER, ET AL.** | : | **MAGISTRATE KNOWLES** |

## ANSWER

NOW INTO COURT, through undersigned counsel, comes defendant, Terry Terrell, Warden of Allen Correctional Center, who, in response to the Supplemental and Amended Complaint filed by Nicolo Logiudice, respectfully represents:

I.

The Complaint fails to state a claim against this defendant for which relief may be granted.

II.

This Court lacks jurisdiction over this matter.

III.

Defendant is entitled to immunity or qualified immunity for the claims advanced in these proceedings.

IV.

Plaintiff's claims are untimely and, thus, barred by prescription or the applicable statute of limitations.

V.

Now answering the specific allegations contained in Plaintiff's Supplemental and Amended Complaint, defendant avers:

1.

The allegations contained in Paragraph One (1) of the Complaint contain conclusions of law and, therefore, do not require an answer of this defendant. However, should an answer be deemed necessary, the allegations are denied.

2.

The allegations contained in Paragraph Two (2) of the Complaint are denied for a lack of sufficient information to justify a belief therein.

3.

The allegations contained in Paragraph Three (3) of the Complaint do not require an answer of this defendant.

4.

The allegations contained in Paragraph Four (4) of the Complaint do not require an answer of this defendant.

5.

The allegations contained in Paragraph Five (5) of the Complaint do not require an answer of this defendant.

6.

The allegations contained in Paragraph Six (6) of the Complaint do not require an answer of this defendant.

7.

The allegations contained in Paragraph Seven (7) of the Complaint do not require an answer of this defendant.

8.

The allegations contained in Paragraph Eight (8) of the Complaint do not require an answer of this defendant.

9.

The allegations contained in Paragraph Nine (9) of the Complaint do not require an answer of this defendant.

10.

The allegations contained in Paragraph Ten (10) of the Complaint do not require an answer of this defendant.

11.

The allegations contained in Paragraph Eleven (11) of the Complaint do not require an answer of this defendant.

12.

The allegations contained in Paragraph Twelve (12) of the Complaint do not require an answer of this defendant.

13.

The allegations contained in Paragraph Thirteen (13) of the Complaint do not require an answer of this defendant.

14.

The allegations contained in Paragraph Fourteen (14) of the Complaint do not require an answer of this defendant.

15.

The allegations contained in Paragraph Fifteen (15) of the Complaint are denied.

16.

The allegations contained in Paragraph Sixteen (16) of the Complaint are denied for a lack of sufficient information to justify a belief therein.

17.

The allegations contained in Paragraph Seventeen (17) of the Complaint are denied.

18.

The allegations contained in Paragraph Eighteen (18) of the Complaint are denied.

19.

The allegations contained in Paragraph Nineteen (19) of the Complaint are denied.

20.

The allegations contained in Paragraph Twenty (20) of the Complaint are denied.

21.

The allegations contained in Paragraph Twenty-one (21) of the Complaint are denied.

22.

The allegations contained in Paragraph Twenty-two (22) of the Complaint are denied.

23.

The allegations contained in Paragraph Twenty-three (23) of the Complaint are denied.

VI.

Defendant avers that plaintiff assumed certain risks or was comparatively or contributorily negligent or at fault, such that plaintiff's claims are barred.

VII.

Defendant avers that plaintiff's damages, if any, were the result of the fault of a third party

for which this defendant is in no way responsible.

## VIII.

Defendant is entitled to certain limitations of liability and on damages as provided by law.

Wherefore, defendant prays that, after due proceedings are had, judgment be entered in his favor and against plaintiff, dismissing this matter with prejudice, at plaintiff's costs.

Respectfully Submitted,

**PLAUCHE, SMITH & NIESET, L.L.C.**


 /s/ Samuel B. Gabb
SAMUEL B. GABB, #22378
1123 Pithon Street
Lake Charles, LA 70601
(337) 436-0522

Attorneys for Warden Terry Terrell

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2011, a copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

 /s/ Samuel B. Gabb
SAMUEL B. GABB