UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| NICOLO EVOLA LOGIUDICE, JR. | CIVIL ACTION |
| VERSUS | NO. 10-3213 |
| NELSON COLEMAN CORRECTIONAL CENTER, ET AL. | SECTION:  "N"(3) |

### O R D E R

Roland Ladreyt, Tiffany Morales, Jason Asbill, and the Nelson Coleman Correctional Center have filed a motion to dismiss. Rec. Doc. 27. **IT IS ORDERED** that plaintiff file a memorandum in opposition to that motion on or before **October 12, 2011**, at which time the motion will be taken under submission without the necessity of oral argument.

New Orleans, Louisiana, this nineteenth day of September, 2011.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**DANIEL E. KNOWLES, III**
　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**