UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| NICOLO E. LOGIUDICE, JR. | * | CIVIL ACTION 10-3213, "N"(3) |
| | * | |
| VERSUS | * | JUDGE ENGELHARDT |
| | * | |
| NELSON COLEMAN CORRECTIONAL | * | MAG. JUDGE KNOWLES |
| CENTER, ET AL. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF APPEARANCE

Please enter the appearance of undersigned counsel as counsel of record for the plaintiff,

Nicolo E. Logiudice, Jr., in this matter.

Respectfully submitted,

*/s/ Richard L. Traina*
**RICHARD L. TRAINA, T.A.,** La. Bar No. 22170
Didriksen Law Firm
3114 Canal Street
New Orleans, LA 70119
Telephone:  (504) 586-1600
Facsimile:  (504) 822-3119
Email: rtraina@didriksenlaw.com

## Certificate of Service

I hereby certify that on Oct. 10, 2011, this pleading was filed electronically with the
Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all
counsel of record.

*/s/ Richard L. Traina*