UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| NICOLO E. LOGIUDICE, JR. | * | CIVIL ACTION 10-3213, "N"(3) |
| | * | |
| VERSUS | * | JUDGE ENGELHARDT |
| | * | |
| NELSON COLEMAN CORRECTIONAL CENTER, ET AL. | * * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing consent motion for extension of time to respond to pending motions to dismiss of plaintiff Nicolo E. Logiudice, Jr.,

**IT IS ORDERED** that plaintiff's consent motion be and hereby is **granted** and that plaintiff is allowed an extension of time, through and including November 2, 2011, within which to respond to the pending motions to dismiss of defendants (1) State of Louisiana, through the Department of Public Safety and Corrections and (2) Roland Ladreyt, in his official capacity as warden of Nelson Coleman Correctional Center, Tiffany Morales, in her official capacity as a classification officer at Nelson Coleman Correctional Center, Jason Asbill, in his official capacity as a deputy at Nelson Coleman Correctional Center and Nelson Coleman Correctional Center p(rec. docs. 24 and 27).

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
**DANIEL E. KNOWLES, III**
**UNITED STATES MAGISTRATE JUDGE**