UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**NICOLO EVOLA LOGIUDICE, JR.**                               **CIVIL ACTION**

**VERSUS**                                                    **NO. 10-3213**

**NELSON COLEMAN**                                            **SECTION "N"(3)**
**CORRECTIONAL CENTER, ET AL.**

**O R D E R**

The Court, having considered the complaint, as amended, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation filed by the plaintiff on January 17, 2012 (Rec. Doc. No. 37), hereby adopts in part the Report and Recommendation of the United States Magistrate Judge and made the order of this Court. Therefore,

**IT IS ORDERED** that the motion to dismiss filed by the State of Louisiana, through the Department of Public Safety and Corrections, Rec. Doc. 24, is **GRANTED** and that the claims against that defendant are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the motion to dismiss filed by Roland Ladreyt, Tiffany Morales, Jason Asbill, and the Nelson Coleman Correctional Center, Rec. Doc. 27, is **GRANTED** and that the claims against Ladreyt, Morales, and Asbill in their official capacities and the claims against the Nelson Coleman Correctional Center are **DISMISSED WITH PREJUDICE**.[1]

---

[1] The dismissal of these claims does not and should not be construed to prevent Plaintiff from filing an amended complaint against individuals acting under color of state law, as requested in his objection to the Magistrate Judge's Report and Recommendation. Plaintiff's concern that a final judgment will be entered after this Order is issued is unwarranted; as there are defendants remaining in this case who are not addressed in this motion, this case will remain open after the issuance of this Order.

**IT IS FURTHER ORDERED** that plaintiff shall have ten days to file a second supplemental and amended complaint so that he may properly name the allegedly liable parties as individuals acting under color of state law as opposed to as individuals acting in their official capacities.

New Orleans, Louisiana, this 28th day of February, 2012.

_____
UNITED STATES DISTRICT JUDGE