UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **NICOLO EVOLA LOGIUDICE, JR.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 10-3213** |
| **NELSON COLEMAN CORRECTIONAL CENTER, ET AL.** | **SECTION "N"(3)** |

### ORDER

The Court, having considered the complaint, as amended, the record, the applicable law, the Partial Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Partial Report and Recommendation, hereby approves the Partial Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the claims against Howard Prince, Seth Smith, and Paul Adams be **DISMISSED WITHOUT PREJUDICE.**

New Orleans, Louisiana, this 18th day of December, 2012.

_____
UNITED STATES DISTRICT JUDGE